UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____ (If Known)
)
) CHAPTER 7 INDIVIDUAL DEBTOR'S
) STATEMENT OF INTENTION
Debtor(s) ) PER 11 U.S.C. §521(a)

**IMPORTANT NOTICES TO DEBTOR(S):**

1. Complete, sign and file this form even if you have no debts secured by property of the estate or personal property subject to unexpired leases. If creditors are listed, make sure the certificate of service is completed.

2. Failure to perform the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **each** debt which is secured by property of the estate. Attach additional pages if necessary.)

☐ **IF NONE - Check this box.**

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):     SURRENDERED     RETAINED  If retaining the property, I intend to (check at least one):     Redeem the property     Reaffirm the debt     Other.  Explain (for example, avoid lien using 11 USC §522(f))_____  Property is (check one):     CLAIMED AS EXEMPT     NOT CLAIMED AS EXEMPT | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):     SURRENDERED     RETAINED  If retaining the property, I intend to (check at least one):     Redeem the property     Reaffirm the debt     Other.  Explain (for example, avoid lien using 11 USC §522(f))_____  Property is (check one):     CLAIMED AS EXEMPT     NOT CLAIMED AS EXEMPT | |

| Property No. 3 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):     SURRENDERED     RETAINED | |

521.05 (12/1/16) **Page 1**

If retaining the property, I intend to (check at least one):
    Redeem the property
    Reaffirm the debt
    Other.  Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one):    CLAIMED AS EXEMPT    NOT CLAIMED AS EXEMPT

**PART B** - Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

☐ **IF NONE - Check this box.**

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>    YES    NO |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>    YES    NO |

| Property No. 3 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>    YES    NO |

Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* **THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.**

DATE: _____

/s/_____
DEBTOR'S SIGNATURE

/s/_____
JOINT DEBTOR'S SIGNATURE (If applicable)

*I/WE THE UNDERSIGNED, CERTIFY THAT* **COPIES OF THIS DOCUMENT AND LOCAL FORM #715 WERE SERVED ON ANY CREDITOR NAMED ABOVE.**

DATE: _____

  /s/Curtis C. Caldwell              113470
DEBTOR OR ATTORNEY'S SIGNATURE    OSB# (if attorney)

_____
JOINT DEBTOR'S SIGNATURE (If applicable and no attorney)

  Curtis C. Caldwell, 503-362-2010
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

  POB 3704
SIGNER'S ADDRESS (if attorney)
  Salem, Oregon 97302

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS**
Creditors, see Local Form #715 (attached if this document was served on paper) if you wish information on how to obtain non-judicial relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

**QUESTIONS????**
**Call an attorney with questions about these procedures or the law.  However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**